IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN NGUYEN,<br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PA, *et al.*,<br>    Defendants. | CIVIL ACTION NO. 19-CV-2551 |

## ORDER

AND NOW, this 29th day of July, 2019, upon consideration of Plaintiff Susan Nguyen's Motion to Proceed *In Forma Pauperis* (ECF No. 5), and her *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.